Case: 05-28750   Doc: 68   Filed: 06/17/08   Page: 1 of 2

FILED
Jun 17 2008
05:25 PM
US Bankruptcy Court
Western District Of Oklahoma

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Sharon Keel, | ) Case No.   05-28750-WV |
| | ) Chapter   7 |
| DEBTORS. | ) |

## WITHDRAWAL OF CLAIM #8

Creditor, Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass-Through Certificates, Quest Trust Series 2005-X1 Under the Pooling and Servicing Agreement dated as of March 1, 2005, hereby withdraws Claim #8 (which consists of Claim 8-1 filed on June 11, 2008 and Claim 8-2 filed on June 17, 2008).

**KIVELL, RAYMENT, AND FRANCIS, P.C.**
A Professional Corporation

s/ Whitney D. Petty
Brian J. Rayment, OBA #7441
Whitney D. Petty, OBA #21029
Triad Center, Suite 240
7666 East 61st Street
Tulsa, Oklahoma 74133
Phone: (918) 254-0626
Facsimile: (918) 307-9132

**ATTORNEYS FOR CREDITOR**

KRF File #2348.1259/WDP

**CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION**

     I hereby certify that on June 17, 2008, I mailed, with sufficient postage thereon, or electronically transmitted, a true and correct copy of the above and foregoing document to:

Tom R. Stephenson
120 E. Main St., PO Box 699
Watonga, OK  73772
*Service accomplished through Court's CM/ECF system.

Susan Manchester Esq.
Chapter 7 Trustee
625 N.W. 13th
Oklahoma City,, OK  73103
*Service accomplished through Court's CM/ECF system.


      s/ Whitney D. Petty
    Whitney D. Petty, OBA #21029

KRF File #2348.1259/WDP